| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                                          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cotton House Craft Brewers LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Triangle Beer Co.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-4923373** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**307 S. Academy Street**<br>**Cary, NC 27511**<br>Number, Street, City, State & ZIP Code<br><br>**Wake**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **cottonhousenc.co** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Cotton House Craft Brewers LLC**     Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3121__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Cotton House Craft Brewers LLC**  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Cotton House Craft Brewers LLC**  
Name

Case number (*if known*)

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Cotton House Craft Brewers LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  8, 2025**
               MM / DD / YYYY

X **/s/ Miles Brent Webb**                                    **Miles Brent Webb**
Signature of authorized representative of debtor              Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Joseph Z. Frost**                                     Date  **April  8, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Joseph Z. Frost**
Printed name

**Buckmiller & Frost, PLLC**
Firm name

**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone  **919-296-5040**          Email address  **jfrost@bbflawfirm.com**

**44387 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cotton House Craft Brewers LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April  8, 2025**          X **/s/ Miles Brent Webb**
                                            Signature of individual signing on behalf of debtor

                                           **Miles Brent Webb**
                                           Printed name

                                           **Managing Member**
                                           Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cotton House Craft Brewers LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BevPros Solutions** Attn: Manager, Officer, Agent 12621 Featherwood Drive, Ste. 390 Houston, TX 77034 | | | Disputed | | | $11,000.00 |
| **Boer Brothers** Attn: Manager, Officer, Agent 630 NC HW 54 W Chapel Hill, NC 27516 | | | | | | $4,700.00 |
| **Cape Fear HVAC** Attn: Manager, Officer, Agent 9400-7 Ransdell Road Raleigh, NC 27603 | | | | | | $2,326.00 |
| **Chris Williams** 96 Douglas Acres Drive Broadway, NC 27505 | | | | | | $2,070.99 |
| **Donny Martin** 610 Hillsborough Street, #303 Raleigh, NC 27603 | | | | | | $2,571.20 |
| **First Bank** Attn: Manager, Officer, Agent 300 SW Broad Street Southern Pines, NC 28387 | | | | $23,000.00 | $0.00 | $23,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Cotton House Craft Brewers LLC**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Bank** Attn: Manager, Officer, Agent 300 SW Broad Street Southern Pines, NC 28387 | | | | | | $10,000.00 |
| **First Bank** Attn: Manager, Officer, Agent 300 SW Broad Street Southern Pines, NC 28387 | | | | $100,000.00 | $0.00 | $100,000.00 |
| **Grand Rental & Capital Events** Attn: Manager, Officer, Agent 115 Woodwinds Industrial Ct. Cary, NC 27511 | | | | | | $2,359.50 |
| **Headway Capital, LLC.** Attn: Manager, Agent, Officer 4700 W. Daybreak Pkwy, Ste. 200 South Jordan, UT 84009 | | | **Disputed** | | | $48,800.00 |
| **Michael and Lynne Carpenter** 3420 Old Milburnie Road Raleigh, NC 27616 | | | **Disputed** | | | $240,000.00 |
| **NC Department of Revenue** Attn: Manager, Officer, Agent PO Box 250000 Raleigh, NC 27640 | | | | | | $179,000.00 |
| **NewLane Finance** Attn: Manager, Officer, Agent 123 S. Broad Street, 17th Floor Philadelphia, PA 19109 | | **Ice Machine** | **Disputed** | | | $2,200.00 |
| **Ralph Betts** 320 E. Durham Rd Cary, NC 27513 | | | **Disputed** | | | $80,000.00 |

Debtor **Cotton House Craft Brewers LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rapid Finance Attn: Managing Agent/Bankruptcy 4500 East-West Highway, 6th Floor Bethesda, MD 20814** | | | **Disputed** | | | $25,000.00 |
| **Rapid Finance Attn: Managing Agent/Bankruptcy 4500 East-West Highway, 6th Floor Bethesda, MD 20814** | | | **Disputed** | | | $25,000.00 |
| **S&S Maintenance Services Attn: Steve Bergman 3021 Bentwillow Dr Fuquay Varina, NC 27526** | | **Construction of Triangle Beer Co.** | | | | $15,000.00 |
| **Square Financial Services, Inc. Attn: Manager, Agent, or Officer 3165 E Millrock Drive Salt Lake City, UT 84121** | | | **Disputed** | $33,500.00 | $0.00 | $33,500.00 |
| **U.S. Small Business Administration Attn: Manager, Officer, Agent P.O. Box 3918 Portland, OR 97208** | | **Blanket lien** | | $250,000.00 | $0.00 | $250,000.00 |
| **U.S. Small Business Administration Attn: Manager, Officer, Agent P.O. Box 3918 Portland, OR 97208** | | **Blanket lien** | | $150,000.00 | $0.00 | $150,000.00 |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Cotton House Craft Brewers LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 8, 2025**

**/s/ Miles Brent Webb**
**Miles Brent Webb**/**Managing Member**
Signer/Title

307 South Academy, LLC
Attn: Steven J. Knier
114 Edinburgh South Drive, Ste. 101
Cary, NC 27511

Headway Capital, LLC.
Attn: Manager, Agent, Officer
4700 W. Daybreak Pkwy, Ste. 200
South Jordan, UT 84009

NC Department of Revenue
Attn: Manager, Officer, Agent
PO Box 250000
Raleigh, NC 27640

BevPros Solutions
Attn: Manager, Officer, Agent
12621 Featherwood Drive, Ste. 390
Houston, TX 77034

Jackson D. Wicker
Wicker Law Firm, PLLC
4000 Westchase Blvd., Ste. 120
Raleigh, NC 27607

NewLane Finance
Attn: Manager, Officer, Agent
123 S. Broad Street, 17th Floor
Philadelphia, PA 19109

Boer Brothers
Attn: Manager, Officer, Agent
630 NC HW 54 W
Chapel Hill, NC 27516

Jon Estep
500 N. West Street, #601
Raleigh, NC 27603

Ralph Betts
320 E. Durham Rd
Cary, NC 27513

Cape Fear HVAC
Attn: Manager, Officer, Agent
9400-7 Ransdell Road
Raleigh, NC 27603

Kimberly Mae Honegger
5129 Gable Ridge Lane
Holly Springs, NC 27540

Rapid Finance
Attn: Managing Agent/Bankruptcy
4500 East-West Highway, 6th Floor
Bethesda, MD 20814

Caryl Ruth Webb
204 Haley House Lane
Cary, NC 27519

Komana Brewing, LLC
Attn: Manager, Officer, Agent
1020 Ryan Rd
Cary, NC 27511

S&S Maintenance Services
Attn: Steve Bergman
3021 Bentwillow Dr
Fuquay Varina, NC 27526

Chris Williams
96 Douglas Acres Drive
Broadway, NC 27505

Lynne Carpenter
3420 Old Milburnie Road
Raleigh, NC 27616

Sean Lee Honegger
5129 Gable Ridge Lane
Holly Springs, NC 27540

Donny Martin
610 Hillsborough Street, #303
Raleigh, NC 27603

Michael and Lynne Carpenter
3420 Old Milburnie Road
Raleigh, NC 27616

Square Financial Services, Inc.
Attn: Manager, Agent, or Officer
3165 E Millrock Drive
Salt Lake City, UT 84121

First Bank
Attn: Manager, Officer, Agent
300 SW Broad Street
Southern Pines, NC 28387

Michael James Carpenter
3420 Old Milburnie Road
Raleigh, NC 27616

U.S. Small Business Administration
Attn: Manager, Officer, Agent
P.O. Box 3918
Portland, OR 97208

Grand Rental & Capital Events
Attn: Manager, Officer, Agent
115 Woodwinds Industrial Ct.
Cary, NC 27511

Miles Brent Webb
204 Haley House Lane
Cary, NC 27519

Veronique Rowback
1000 Bloom Road, #1208
Cary, NC 27519

Wake County Tax Administration
Attn: Manager, Officer, Agent
PO Box 2331
Raleigh, NC 27602


Yingkai Zai
1897 Woodall Crest Drive
Apex, NC 27502

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Cotton House Craft Brewers LLC**
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Cotton House Craft Brewers LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 8, 2025**
Date

**/s/ Joseph Z. Frost**
**Joseph Z. Frost**
Signature of Attorney or Litigant
Counsel for  **Cotton House Craft Brewers LLC**
**Buckmiller & Frost, PLLC**
**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609**
**919-296-5040 Fax:919-977-7101**
**jfrost@bbflawfirm.com**